BSG:evg:USAO #2009R00744

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. WDQ-09-0528 |
| | : | |
| v. | : | (Embezzlement from Health |
| | : | Care Benefit Program, |
| NICOLE STEPNEY TURNER | : | 18 U.S.C. § 669; Aiding and Abetting, |
| Defendant | : | 18 U.S.C. § 2) |
| | : | |

....oOo....

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

### INTRODUCTION

At times material to the Information:

1. Defendant **NICOLE STEPNEY TURNER** worked as a Billing and Enrollment Technician with Carefirst Blue Cross/Blue Shield of Maryland, located at 10455 Mill Run Circle, Owings Mills, Maryland 21117. **NICOLE STEPNEY TURNER** was married to Melvin Turner.

2. Carefirst Blue Cross/Blue Shield of Maryland was a health care provider within the meaning of Title 18, United States Code, Section 24(b), that is, Carefirst Blue Cross/Blue Shield of Maryland is a private plan or contract, affecting interstate commerce, under which medical benefits, items and securities were provided to individuals.

3. Beginning on or about July 11, 2001, and continuing until on or about March 1, 2005, **NICOLE STEPNEY TURNER** transferred approximately $237,638.54, more or less, of premium refund checks from Carefirst Blue Cross/Blue Shield of Maryland and used the monies for other than

their intended purpose of paying refunds to Carefirst Blue Cross/Blue Shield of Maryland's customers.

4. On or about March 1, 2005, in the District of Maryland, the defendant,

**NICOLE STEPNEY TURNER,**

did knowingly and willfully, embezzle, steal and without authority convert to the use of another, and intentionally misapply the moneys, funds, and assets of a health care benefit program by transferring a $3,152.12 check from Carefirst Blue Cross/Blue Shield of Maryland, which check was fraudulently made payable to coconspirators and to which she was not entitled.

18 U.S.C. § 669
18 U.S.C § 2

10-2-09
Date

ROD J. ROSENSTEIN
United States Attorney